UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-1942-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| MATEO DEVELOPMENT, LLC, et al., | |
| Defendants. | |

On January 8, 2015, the court issued findings and recommendations (ECF No. 15), recommending that plaintiff's motion for default judgment (ECF No. 11) be granted in part. Those findings and recommendations remain pending before the district judge.

Subsequently, on January 22, 2015, plaintiff filed a request for issuance of abstract of judgment and an application for writ of garnishment. (ECF Nos. 16, 17.) Thereafter, on January 30, 2015, plaintiff filed two motions to enforce the judgment by conducting judgment debtor examinations. (ECF Nos. 18, 19.) However, because the district judge has not yet resolved the findings and recommendations, and judgment has not been entered, plaintiff's motions and requests concerning judgment enforcement are premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions and requests concerning judgment enforcement (ECF Nos. 16-19) are DENIED WITHOUT PREJUDICE as premature.

1

     2. The April 16, 2015 hearing is VACATED.

Dated: January 30, 2015

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE