UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott N. Johnson**, | ) Case: 2:14-cv-1942-KJM-KJN |
| Plaintiff, | ) |
| | ) **ORDER ON REQUEST TO VACATE** |
| v. | ) **DEBTOR EXAM** |
| | ) |
| **Mateo Development, LLC, et al.**, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exams for PKT Market Inc. and Mateo Development, LLC., scheduled for May 7, 2015 are vacated.  This order resolves ECF Nos. 27 and 28, and the case is closed.


Dated:  May 7, 2015


KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam